[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10301
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 22, 2012
JOHN LEY
CLERK

D.C. Docket No. 4:08-cv-00135-HLM

DANIEL FOWLER,

Plaintiff - Appellant,

versus

MICHAEL HILL,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 22, 2012)

Before BARKETT, PRYOR, and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the granting of summary judgment in favor of the appellee, a deputy sheriff, based upon qualified immunity. After reviewing the briefs of the parties and the record, we affirm the ruling for the reasons set forth in the ORDER of the district court dated the 19th day of December, 2011.

**AFFIRMED**.